In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00493-CV

_____

IN THE INTEREST OF H.M.S.

On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. F-210,030-B

MEMORANDUM OPINION

On January 21, 2014, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. We also notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. The appellant did not respond to the Court's notices. The appellant did not file an affidavit of indigence and is not entitled to proceed without payment of costs. See Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to file the record, and there being no satisfactory explanation for the appellant's failure to pay the filing fee for the

1

appeal, the appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b);

Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered March 13, 2014

Before McKeithen, C.J., Johnson and Horton, JJ.